**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **CATHERINE GRESKO and** | ) | |
| **JOSEPH GRESKO, individually** | ) | |
| **and on behalf of their minor child** | ) | |
| **J.G.,** | ) | **Case No.** |
| | ) | |
| **Plaintiffs,** | ) | **Judge** |
| | ) | |
| **v.** | ) | **Magistrate** |
| | ) | |
| **PEMBERTON TWP. BD. OF** | ) | |
| **EDUCATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**DECLARATION OF ROBERT C. THURSTON, ESQ. IN SUPPORT OF**</u>

<u>**AWARD FOR ATTORNEY'S FEES AND COSTS**</u>

I, Robert C. Thurston, Esq., declare and certify as follows:

1.      I am an attorney at law, duly admitted to practice before this Court, and am counsel of record for Plaintiffs in this matter.

2.      I make this Declaration based on my own personal knowledge and am capable of testifying to all of the facts contained herein if called upon to do so.

3.      I am licensed to practice law in the State of New Jersey, the Commonwealth of Pennsylvania, and numerous other jurisdictions and I have been in practice for more than thirty (30) years.  For the last ten (10) years, I have focused my practice in the field of special education law.  My educational background and legal experience are accurately represented in my attached

curriculum vitae.  (A true and correct copy of my current curriculum vitae is attached hereto as Exhibit A.)

4.     I have handled all aspects of special education cases in New Jersey and Pennsylvania from the administrative level through appeals at the federal district court and to the United States Court of Appeals for the Third Circuit. I have also handled cases as lead counsel, *pro hac vice* counsel and/or consulting counsel in the United States Supreme Court, United States Court of Appeals for the Ninth and Sixth Circuits, United States District Court for the District of the U.S. Virgin Islands, the United States District Court for the District of Arizona, the United States District Court for the District of Hawaii, United States District Court for the Middle District of Tennessee, the State of Hawaii, and the State of Tennessee because of my expertise in the subject area.  (*See* Exhibit A.)

5.     I am familiar with the fees charged by counsel representing parents and children with disabilities in special education, civil rights and disability matters in most of the jurisdictions within the United States.  I am also aware of the cases that address attorney's fees rates and reimbursement in the 3rd Circuit and in this District.

6.     For the period of time from when I was hired through July 30, 2018, my established billing rate for special education cases was $375.00 per hour. Effective August 1, 2018 and with notice to my clients, my established billing rate

for special education cases was adjusted to $400.00 per hour. This rate is reasonable given my 30 years of experience primarily in federal court litigation and 10 years of special education litigation, which is a specialized practice.

7.     I was first contacted by Plaintiffs on May 8, 2018 to take over their case in this matter from their handling it *pro se* because mediation failed and the case was going to formal hearing.

8.     On May 9, 2018, I entered my Appearance on behalf of Plaintiffs in the underlying administrative due process case captioned *C.G. o/b/o J.G. v. Pemberton Twp. Board of Education*, OAL Dkt. No. EDS 06509-18 ("DP case").

9.     On May 10, 2018, PTBOE's counsel consented to Plaintiffs amending their complaint.

10.     I prepared an Amended Due Process Complaint for Plaintiffs and filed it by consent on May 16, 2018 in the DP case.

11.     On September 17, 2018, the parties appeared for the mandatory settlement conference before ALJ Crowley.  The parties settled the case and the terms of the settlement were entered on the record.

12.     Nevertheless, PTBOE, by and through its counsel, continued to dispute the terms of the Settlement Agreement causing me to do additional legal work and Plaintiffs to incur additional legal fees.

13.     The Invoices attached hereto represent my statements of professional services from May 8, 2018 through the present and detail the hours spent preparing and prosecuting this action and costs incurred.  (True and correct copies of my invoices for this matter are attached hereto as Group Exhibit B.)

14.     Total attorney's fees and related expenses to my services are in the amount of $28,740.07.   (*See* Group Exhibit B.)

15.     The fees and costs incurred by Plaintiffs are reasonable and necessary given the vigor with which Defendant PTBOE and its counsel fought the DP case. At every turn, PTBOE indicated it was not willing to settle this matter and challenged every effort by Plaintiffs to obtain an appropriate remedy in the DP case.  (*See* Group Exhibit B.)

16.     Note that I did not charge for various services that were also reasonable and necessary for the prosecution of this case.  Discounts and no-charge services are noted in the invoices.  (*See* Group Exhibit B.)

17.     Plaintiffs asked me to be involved in this case because of my experience and expertise in special education law.

18.     In the end, Plaintiffs obtained excellent results and relief by way of settlement of their claims.

Dated: January 17, 2019           By: _____

                                                 Robert C. Thurston, Esq.

*Curriculum Vitae*          EXHIBIT A

## ROBERT C. THURSTON, ESQ.
Thurston Law Offices LLC
100 Springdale Road A3
PMB 287
Cherry Hill, NJ 08003
Work Phone: 856.335.5291
Email: rthurston@schoolkidslawyer.com
Web: schoolkidslawyer.com

**PROFESSIONAL EXPERIENCE**

**Thurston Law Offices LLC**
Cherry Hill, NJ (Prior locations in Pennsylvania and Illinois)
Attorney / Owner – November 2005 to Present
- Solo law practice with focus on special education law, family law, disability law, and guardianships
- Recently published book "SchoolKidsLawyer's Step-By-Step Guide to Special Education Law"; 2nd edition in progress
- Substantial volunteer and *pro bono* legal work through South Jersey Legal Services
- 2007 *Pro Bono* Attorney of the Year awarded by the McHenry County (IL) Bar Association and Prairie State Legal Services

**Prior experience**
Available upon request

**BAR ADMISSIONS**

U.S. Supreme Court, 2018 (Active and in good standing)
State Bar of New Jersey, 1988 (Active and in good standing)
State Bar of Pennsylvania, 1987 (Active and in good standing)
State Bar of Illinois, 1992 (Retired)
U.S.C.A. 3rd Cir., 1989 (Active and in good standing)
U.S.C.A. 9th Cir., 2016 (Active and in good standing)
U.S.C.A. 6th Cir., 2019 (Active and in good standing)
U.S.D.C. D.N.J., 1988 (Active and in good standing)
U.S.D.C. E.D.Pa., 1989 (Active and in good standing)
U.S.D.C. M.D.Pa., 2015 (Active and in good standing)
U.S.D.C. N.D.Ill., 1993 (Retired)
U.S.D.C. N.D.Cal., 1993 (Inactive)
U.S.D.C. W.D.Mich., 1995 (Inactive)
U.S.D.C. D.Colo., 2011 (Inactive)

**EDUCATION**

**Ohio State College of Law**
Columbus, Ohio
**J.D. 1987**
Editor, Journal on Dispute Resolution

**University of Michigan**
Ann Arbor, Michigan
**B.A. 1984 with Distinction**
Economics and German

**RELEVANT CASE EXPERIENCE**

<u>Special Education Cases</u>

*J.M., et al. v. Kathryn S. Matayoshi, et al.*, U.S. Sup. Ct. Case No. 18-641, Petition for Writ of Certiorari to the U.S. Supreme Court; Petitioner's counsel

*J.M., et al. v. Kathryn S. Matayoshi, et al.*, U.S.C.A. 9th Circuit, No. 16-17327; Appellants' counsel

*J.G., et al. v. State of Hawaii, Department of Education, et al.*, U.S.C.A. 9th Circuit, No. 18-16538; Appellants' counsel

*J.G., et al. v. State of Hawaii, Department of Education, et al.*, U.S.C.A. 9th Circuit, No. 17-17190; Appellants' counsel

*J.G., et al. v. State of Hawaii, Department of Education, et al.*, U.S.D.C. D.Hi., Civil No. 1:17-cv-00503-DKW-KSC; Lead counsel for Plaintiffs, *pro hac vice*

*J.G., et al. v. State of Hawaii, Department of Education,* Hawaii Office of Administrative Law, DOE-SY1617-067A; Consulting counsel for Petitioners

*Howard G., et al. v. State of Hawaii, Department of Education, et al.*, U.S.D.C. D.Hi., Consolidated Civil Nos. 11-00523 DKW-BMK, 13-00029 DKW-BMK; Lead counsel for Plaintiffs on remand, *pro hac vice*

*P.M., et al. v. State of Hawaii, Department of Education,* Hawaii Office of Administrative Law, DOE-SY1819-007; Consulting counsel for Petitioners

*K.K-M., et al. v. New Jersey Department of Education, et al.*, U.S.C.A. 3rd Circuit, No. 18-2535; Appellants' counsel

*K.K-M., et al. v. Gloucester City Public Schools, et al.*, U.S.D.C. D.N.J., Civil No. 1:17-cv-11579-RBK-KMW; Lead counsel for Plaintiffs

*K.K-M., et al. v. Gloucester City Public Schools, et al.*, New Jersey Office of Administrative Law, Docket Nos. EDS 18461-17 and 18462-17; Lead counsel for Petitioners

*Regina Pangerl, et al. v. Peoria Unified School Dist.*, U.S.D.C. D.Ariz., Civil No. 2:14-cv-836-JJT; Lead counsel for Plaintiffs, *pro hac vice*

*Joan-Ann Anthony, et al. v. Government of the Virgin Islands, Dept. of Education*, U.S.D.C. D.V.I., Civil No. 3:11-91; Lead counsel for Plaintiffs, *pro hac vice*

*J.A., et al. v. Monroe Twp. Board of Education*, U.S.D.C. D.N.J., Civil No. 1:18-cv-9580-NLH-KMW; Lead counsel for Plaintiffs

*J.A., et al. v. Monroe Twp. Board of Education*, New Jersey Office of Administrative Law, Docket Nos. EDS 08588-17 and EDS 11524-18; Lead counsel for Petitioners

*K.C., et al. v. Cherry Hill Twp. Bd. Of Education*, New Jersey Office of Administrative Law, Docket No. 18463-17; Lead counsel for Petitioners

*C.G. and J.G. o/b/o J.G. v. Pemberton Twp. Board of Education*, New Jersey Office of Administrative Law, Docket No. EDS 06509-18; Lead counsel for Petitioners

*A.G. and J.F.G. o/b/o J.G. v. Elsinboro Twp. School District*, New Jersey Office of Administrative Law, Docket No. EDS 06801-18; Lead counsel for Petitioners

*C.M. o/b/o L.S v. Monroe Twp. Board of Education*, New Jersey Office of Administrative Law, Docket Nos. EDS 09541-18 and EDS 09544-18; Lead counsel for Petitioners

*C.M. and J.M. o/b/o R.M. v. Monroe Twp. Board of Education*, New Jersey Office of Administrative Law, Docket No. Unassigned; Lead counsel for Petitioners

*D.T., et al. v. Sumner County Schools*, U.S.C.A. 6th Circuit, No. NOT ASSIGNED YET; Appellants' counsel

*D.T., et al. v. Sumner County Schools, et al.*, U.S.D.C. M.D.Tenn., Civil No. 3:18-cv-388; Lead counsel for Plaintiffs, *pro hac vice*

*D.T., et al. v. Sumner County Schools*, Tennessee Department of Administrative Procedures, Docket No. 07.03-152098J; Lead counsel for Petitioners, *pro hac vice*

*C.B., et al. v. School Dist. of Philadelphia*, Pennsylvania Office of Dispute Resolution, File Number 16302-1415KE; Lead counsel for Petitioners

*Cherry Hill Public School Dist. v. A.Y., et al.*, New Jersey Dept. of Education, OSEP, Docket No. 2016-24216; Lead counsel for Respondent

Other Federal Non-Special Education Cases

*Schuler, et al. v. TRS Recovery Services, Inc., et al.*, U.S.D.C. M.D.Pa., Civil No. 1:15-cv-2179-YK; Local counsel for Plaintiff in class action FDCPA case

*Linatex Ltd. v. Heritage Maintenance Products, LLC*, U.S.D.C. E.D.Pa., Civil No. 2:14-cv-06351; Local counsel for Plaintiff in trademark infringement case

*TotalFacility, Inc., et al. v. Dabek, et al.*, U.S.D.C. E.D.Pa., Civil No. 2:14-cv-05324-CDJ; Local counsel for Defendants in contract dispute

*Wells Fargo Bank, N.A. v. Siegel*, U.S.D.C. N.D.Ill., Civil No. 05-civ-5635; Lead trial counsel for Defendant in alleged fraudulent futures options trading case (cited at 2007 WL 1686980)

*Pintlar Corporation, et al. v. Lloyd's London, et al.*, U.S.D.C. D.Idaho, Civil No. 3:92-cv-00163-EJL; Lead counsel for Northbrook Ins. Co., *pro hac vice*, in insurance coverage case for environmental damage claims

*Illinois Central Railroad Co. v. Lloyd's, London, et al.*, U.S.D.C. S.D.Ill., Civil No. 3:91-cv-00090-WLB; Lead counsel for International Surplus Lines Ins. Co. in insurance coverage case for noise-induced hearing loss FELA claims

*Illinois Central Railroad Co. v. Lloyd's, London, et al.*, U.S.D.C. S.D.Ill., Civil No. 3:91-cv-00091-WLB; Lead counsel for International Surplus Lines Ins. Co. in insurance coverage case for environmental damage claims

*Norfolk & Western Railway Co. v. Accident & Casualty, et al.*, U.S.D.C. W.D.Va., Civil No. 7:89-cv-00344-JCT; Lead counsel for Stonewall Ins. Co., *pro hac vice*, in insurance coverage case for noise-induced hearing loss FELA claims

*Gross Metal Products, Inc. v. Metal Finishing Fabricators, Inc., et al.*, U.S.D.C. E.D.Pa., Civil No. 86-5364; Assistant Counsel for Defendant Bleckner & Bleckner Ins. Agency in insurance coverage / E&O case

**PUBLICATIONS**

Book: *SchoolKidsLawyer's Step-By-Step Guide to Special Education Law*, Amazin Blue Press LLC, 2016

Chapter: "The Solo Lawyer's Dilemma: Doing It All Without Staff," *Effectively Staffing Your Law Firm,* jennifer j. rose, Editor, American Bar Association, 2016

School Kids Law Blog
http://schoolkidslawyer.com/skl-blog/

"Does Your Child's 'Ism' Qualify For Special Education?", Special-Ism.com, June 10, 2016, http://special-ism.com/qualify-special-education/

"What Every Parent Should Know About Mediation," Special Education Guide, January 2, 2014, http://www.specialeducationguide.com/blog/what-every-parent-should-know-about-mediation/

"Making a Complaint About Your Child's Special Education," Special Education Guide, December 5, 2013, http://www.specialeducationguide.com/blog/making-a-complaint-about-your-childs-special-education/

"Evaluating a Child for Disability: The Wrong Way and the Right Way," Special-Ism.com, December 2, 2013, http://special-ism.com/evaluating-a-child-for-disability-the-wrong-way-and-the-right-way/

"When Is It Time To Request An Independent Educational Evaluation (IEE)?," Special Education Guide, September 25, 2013, http://www.specialeducationguide.com/blog/when-is-it-time-to-request-an-independent-educational-evaluation-iee/

"NJ's Gov. Chris Christie is Dyslexics' Hero?," Special-Ism.com, September 3, 2013, http://special-ism.com/nj-gov-chris-christie-is-dyslexics-hero/

"When is it Time to Contact a Special Education Lawyer?," Special Education Guide, August 27, 2013, http://www.specialeducationguide.com/blog/when-is-it-time-to-contact-a-special-education-lawyer/

"Playing (and Winning) the School District's Game of Chicken," Special Education Advisor, February 20, 2012, http://www.specialeducationadvisor.com/playing-and-winning-the-school-districts-game-of-chicken/

"The Technology Threat to Work/Life Balance," American Bar Association GPSolo Magazine, September 2012, http://www.americanbar.org/publications/gp_solo/2012/september_october/t echnology_threat_work_life_balance.html

"Chapter 2: When You're The Lawyer, Secretary, Receptionist and Janitor: Doing It All Without Staff," *Effectively Staffing Your Law Firm*, ABA Publishing, 2009

"Prejudgment interest proposal issues debated – Pro: Statute would rectify injustice, follow a trend," ISBA Bar News, February 2009

"Art of the Business Meal or Mama Always Said . . .," SOLO Newsletter, ABA GP | Solo and Small Firm Division, Vol. 12, No. 2, June 2006

"Tips for creating your own living will," Huntley Journal (NW Herald), Page 25, Thursday, March 16, 2006

"Art of the Business Meal or Mama Always Said . . . "
SOLO Newsletter, ABA GP | Solo and Small Firm Division, Vol. 12, No. 2, June 2006


## SEMINARS / PRESENTATIONS

*Ask The Expert (Facebook Live)*
Decoding Dyslexia Wisconsin
September 25, 2018

*The Case For A Private Cause of Action For Bullying*
New Jersey Institute for Continuing Legal Education
New Jersey Law Center, New Brunswick, NJ
August 7, 2018

*Legal Transition Options for Kids with Disabilities*
LDANJ Spring Transitions Conference
Learning Disabilities Association of New Jersey
June 3, 2018

*Getting Schools To Use "Dyslexia" In IEPs*
Facets of Dyslexia Conference
Cooper Hospital Learning Center
Stratford, NJ
April 24, 2018

*Transitions for Kids with Disabilities – Legal Perspective*

Y.A.L.E. School
Cherry Hill, NJ
March 26, 2018


*Aspects of Special Education Law*
2018 Spring Parent Dyslexia Summit
Online: Simple Words Books
March 26, 2018

*ESY and Compensatory Education: What They Are and How To Get Them*
Families of Special Kids Network
Williamstown, NJ
February 24, 2018

*How To Speak To Your Child's School To Meet The Special Needs, Remedial and Advanced*
Barnes & Noble
Moorestown, NJ
November 28, 2017

*Introduction to Special Education Law: Common Violations of Special Education Law By School Districts and What Parents Can Do To Fight For a Child's Rights*
Families of Special Kids Network
Williamstown, NJ
October 23, 2017

*Special Education Law Basics*
South Jersey Paralegal Association
Mt. Laurel, NJ
May 23, 2017

*Special Education Law and Advocacy Workshop Series*
Decoding Dyslexia PA
Phoenixville, PA
April 27, 2017

*Special Education Law Basics*
Family Partners of Hudson County
Jersey City, NJ
January 24, 2017

*Special Education Law 101*
Workshop
Mt. Laurel, NJ
November 12, 2016

*Special Education Law Basics*
Family Services Organization of Burlington County
Lumberton, NJ
June 9, 2016

*An Introduction to Special Education Law*
Google Hangouts
May 26, 2016

*Special Education Law Basics*
Family Services Organization of Burlington County
Lumberton, NJ
November 9, 2015

*Overview of Special Education Services – Lunch and Learn*
General Electric Healthcare Women's Network
Princeton, NJ
May 22, 2014

*What to Expect at an IEP/504 Meeting*
MDA Greater Lehigh Valley Muscle Summit
Allentown, PA
November 9, 2013

*Special Education Ethical Considerations: We're Not Your Mother's Ethics CLE*
Pennsylvania Bar Institute / Exceptional Children Conference
Lancaster, PA
October 22, 2012

*Autism Awareness*
Immaculate Conception School
Chicago, IL
February 16, 2011

*Estate Planning Basics*
National Business Institute, Inc.
DeKalb, IL
December 17, 2008

*Advising Business Clients*
McHenry County Bankers Federation
Huntley, IL
June 10, 2008

*Estate Planning: Beyond Probate*

McHenry County Bankers Federation
Huntley, IL
September 11, 2007


*Scanning for the OCR Challenged*
Chicago Bar Association
Chicago, IL
January 12, 2007

*Electronic Discovery: Managing the Data*
Various Locations
2003-2004

*Legal Research on the Internet*
Various Locations
1997-1999

**TEACHING EXPERIENCE**

Business Law, BUS 240
Spring 2007
McHenry County College, Crystal Lake, IL

Legal Environment of Business, BUS 241
Academy – Fall 2006
McHenry County College, Crystal Lake, IL

Environmental Law for Paralegals, PLS 206
Spring 2006
Harper College, Palatine, IL



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

**GROUP EXHIBIT B**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/5/2018 | 1648 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 6/5/2018 |

| Service Date | Description | Time | Amount |
|---|---|---|---|
| 5/8/2018 | Prepare FERPA / IDEA document request to PTBOE counsel; email draft to client for review and signature; | 0.4 | 150.00 |
| 5/8/2018 | Email exchange with client re documents to be supplied by client and requested from PTBOE; | 0.2 | 75.00 |
| 5/8/2018 | Receive and review email from client forwarding casefile and prehearing notice from OAL; legal analysis re same; email to client re same; docket prehearing date; | 0.7 | 262.50 |
| 5/9/2018 | Prepare Notice of Appearance; fax and mail service copies of same to ALJ Buono and to PTBOE counsel; | 0.3 | 112.50 |
| 5/9/2018 | Receive and review email from client attaching executed FERPA / IDEA document request; email to PTBOE counsel attaching same; | 0.2 | 75.00 |
| 5/9/2018 | Prepare letter to PTBOE counsel requesting consent to amend DP complaint or alternatively filing new complaint and moving to consolidate; email exchanges with client re same; | 0.3 | 112.50 |
| 5/9/2018 | Receive and review email from PTBOE counsel consenting to amendment of DP complaint; | 0.1 | 37.50 |
| 5/10/2018 | Email exchange with client re documents for case; | 0.1 | 37.50 |
| 5/10/2018 | Receive and review signed Consent to Amend via email from PTBOE counsel; | 0.1 | 37.50 |
| 5/10/2018 | Prepare Consent to Amend DP Complaint; email to PTBOE counsel for signature; | 0.2 | 75.00 |
| 5/11/2018 | Receive and review email from client re IEP meeting; | 0.1 | 37.50 |
| 5/11/2018 | Receive and review email from client attaching images of communication book on speech therapy and seeking legal advice re removal of book and communication device; | 0.4 | 150.00 |
| 5/15/2018 | Email exchange with client re documents in preparation of amended DP complaint; | 0.1 | 37.50 |
| 5/15/2018 | Review documents provided by client in preparation for amended DP complaint; amend and supplement draft amended DP complaint; | 3.9 | 1,462.50 |
| 5/16/2018 | Prepare letter to PTBOE counsel re communication log book and device for speech; email same; | 0.3 | 112.50 |
| 5/16/2018 | Amend and supplement draft amended DP complaint; email to client for review and changes; | 3.4 | 1,275.00 |

| | **Total** |
|---|---|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
| --- | --- |
| 6/5/2018 | 1648 |

| Bill To |
| --- |
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
| --- |
| 6/5/2018 |

| Service Date | Description | Time | Amount |
| --- | --- | --- | --- |
| 5/16/2018 | Receive and review multiple emails from client attaching audiology evaluations, proposed changes to DP complaint, and signature page; | 0.4 | 150.00 |
| 5/16/2018 | Receive and review lengthy email from client seeking legal advice re portions of amended DP complaint; | 0.2 | 75.00 |
| 5/17/2018 | Email to client re status of DP complaint; | 0.1 | 37.50 |
| 5/17/2018 | Amend and supplement Amended DP complaint; prepare cover letter to OSEP and ALJ Buono re same; file and serve same; | 0.3 | 112.50 |
| 5/17/2018 | Email exchange with client re amended DP complaint and legal advice re IEE; | 0.2 | 75.00 |
| 5/17/2018 | Receive and review email attaching letter from PTBOE counsel re communication book and AAC evaluation; | 0.2 | 75.00 |
| 5/17/2018 | Receive and review email from PTBOE counsel re documents in response to request and providing method to download them in addition to paper copies; review documents produced; wrong subject line referencing another case; | 1.7 | 637.50 |
| 5/23/2018 | Review file in preparation for 5/24 prehearing / settlement conference with Judge Buono; email exchange with client re same; | 0.4 | 150.00 |
| 5/23/2018 | Email to client forwarding letter from PTBOE counsel re communication book and AAC evaluation; | 0.1 | 37.50 |
| 5/23/2018 | Email to client re documents produced by PTBOE by email noting incorrect subject line referencing another case and legal advice re same; | 0.2 | 75.00 |
| 5/23/2018 | Email to PTBOE counsel re incorrect subject line reference to another case and warning of potential claims arising therefrom; | 0.1 | 37.50 |
| 5/23/2018 | Receive and review email from client re receipt of documents produced by PTBOE and noted missing documents and attaching sample text messages with sped teacher and lack of data; | 0.2 | 75.00 |
| 5/23/2018 | Receive and review email from PTBOE counsel attaching letter to OSEP and Answer to Amended DP Complaint; legal analysis re same; | 0.4 | 150.00 |
| 5/24/2018 | Prepare for, travel to, and participate in Prehearing / Settlement Conference before ALJ Buono; conference with client re same; return travel to office; | 2.6 | 975.00 |

| | | **Total** | |
| --- | --- | --- | --- |



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/5/2018 | 1648 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 6/5/2018 |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 5/25/2018 | Prepare proposed draft Settlement Agreement and Release with terms / demands by client; email to client for review and comment; | 1 | 375.00 |
| 5/26/2018 | Receive and review email from client re proposed changes to settlement agreement, AAC evaluation, and seeking legal advice re same; | 0.1 | 37.50 |
| 5/29/2018 | Amend and supplement proposed draft settlement agreement; email revised draft to client with legal advice on AAC evaluation; | 0.3 | 112.50 |
| 5/29/2018 | Email to client re documents produced and legal advice re same; | 0.1 | 37.50 |
| 5/29/2018 | Email exchanges with client re proposed settlement agreement and AAC evaluation; | 0.3 | 112.50 |
| 5/29/2018 | Prepare email to PTBOE counsel re proposed settlement agreement; | 0.2 | 75.00 |
| 5/30/2018 | Receive and review draft 5/16/18 IEP; | 0.4 | 150.00 |
| 5/30/2018 | Email exchange with client re status conference call with prehearing ALJ and legal advice re same; | 0.3 | 112.50 |
| 5/30/2018 | Prepare for and participate in status conference call with ALJ Kerins (substituting for ALJ Buono) on settlement; | 0.3 | 112.50 |
| 5/31/2018 | Email exchange with client re PTBOE refusing to hold annual IEP meeting; legal research re same; prepare letter to PTBOE counsel re same and email same; | 0.4 | 150.00 |
| 5/31/2018 | Email exchange with client re status conference scheduled with Judge Crowley and legal advice re same; | 0.2 | 75.00 |
| 5/31/2018 | Multiple email exchanges with PTBOE counsel and Judge Crowley's assistant re initial prehearing status conference call for 6/1; receive and review Order re same; | 0.3 | 112.50 |
| 6/1/2018 | Receive and review email from client re status call with judge; | 0.1 | 37.50 |
| 6/1/2018 | Conference call with ALJ Crowley re status of case, settlement, and set trial dates; | 0.5 | 187.50 |
| 6/1/2018 | Receive and review email from PTBOE counsel with settlement counteroffer; | 0.2 | 75.00 |
| 6/1/2018 | Email exchanges with client re annual IEP meeting and PTBOE agreement to go forward re same and legal advice re same; | 0.2 | 75.00 |
| 6/1/2018 | Receive and review email from PTBOE counsel re agreement by school district to move forward with IEP meeting in accordance with law; | 0.1 | 37.50 |

| | **Total** | |
|--|-----------|--|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/5/2018 | 1648 |

| Bill To |
|---------|
| Catherine Gresko
1 North Whites Bogs Road
Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 6/5/2018 |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 6/2/2018 | Lengthy email to client summarizing status conf call with judge and trial dates; docket same; | 0.2 | 75.00 |
| 6/2/2018 | Email to client re PTBOE settlement counteroffer and legal advice re same; | 0.1 | 37.50 |
| 5/10/2018 | Postage - Document request and appearance to PTBOE counsel | | 1.21 |
| 5/18/2018 | Postage Amended DP complaint | | 3.26 |
| | Total Reimbursable Expenses | | 4.47 |

| | | **Total** | **$8,704.47** |
|--|--|-----------|---------------|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2018 | 1669 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 7/9/2018 |

| Service Date | Description | Time | Amount |
|---|---|---|---|
| 6/2/2018 | Receive and review email from client re attempts to resolve dispute pro se with PTBOE and issues re same; | 0.1 | 37.50 |
| 6/2/2018 | Receive and review email from client re settlement offer by PTBOE and seeking legal advice re same and case; | 0.1 | 37.50 |
| 6/4/2018 | Email to client re legal advice on strength of case and bargaining position; | 0.1 | 37.50 |
| 6/6/2018 | Prepare Motion to Strike Certain Affirmative Defenses and legal research re same; prepare cover letter to ALJ Crowley re same; file and serve same; | 1.5 | 562.50 |
| 6/6/2018 | Email exchange with client re PTBOE answer to DP complaint and motion to strike affirmative defenses; | 0.2 | 75.00 |
| 6/8/2018 | Receive and review email from client and seeking legal advice re email from PTBOE re AAC device; | 0.2 | 75.00 |
| 6/9/2018 | Email to PTBOE counsel re email from PTBOE re AAC device and demand to permit use of device during free trial period; | 0.2 | 75.00 |
| 6/9/2018 | Receive and review email from client re difficulties with PTBOE and J.G.'s AAC device; | 0.1 | 37.50 |
| 6/10/2018 | Receive and review Case Management Order and hearing dates; | 0.2 | 75.00 |
| 6/11/2018 | Receive and review letter from PTBOE counsel to ALJ Crowley re motion to strike opposition; | 0.7 | 262.50 |
| 6/11/2018 | Legal research on motions to strike in preparation for Reply brief; prepare letter brief in Reply to PTBOE's opposition; fax and email same; | 1.3 | 487.50 |
| 6/12/2018 | Email to client re legal advice on settlement negotiations; | 0.1 | 37.50 |
| 6/12/2018 | Receive and review email from client re settlement and status of case seeking legal advice re same; | 0.1 | 37.50 |
| 6/15/2018 | Receive and review email from OAL re conference call with Judge Crowley; | 0.1 | 37.50 |
| 6/18/2018 | Email exchange with Judge Crowley's office and PTBOE counsel re hearing dates; | 0.2 | 75.00 |
| 6/18/2018 | Receive and review email from client re IEP meeting and ESY and seeking legal advice re same; | 0.2 | 75.00 |
| 6/19/2018 | Email to client re ESY and recent IEP meeting and legal advice re same; | 0.1 | 37.50 |

| | **Total** |
|---|---|
| | |



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2018 | 1669 |

**Bill To**

Catherine Gresko
1 North Whites Bogs Road
Browns Mills, NJ 08015

| Due Date |
|----------|
| 7/9/2018 |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 6/20/2018 | Receive and review Notice of Hearing for 6/28 via email; docket same; | 0.2 | 75.00 |
| 6/21/2018 | Legal research on partial consent of IEPs; email to client re IEP meeting and ESY and legal advice re same; | 0.4 | 150.00 |
| 6/21/2018 | Email exchange with client re partial consent to IEP and request for ESY and other services and legal advice re same; | 0.1 | 37.50 |
| 6/25/2018 | Receive and review lengthy email from client re PTBOE's denial of attempts to request ESY and partially consent to IEP and seeking legal advice re same; | 0.2 | 75.00 |
| 6/25/2018 | Email to client re legal advice re partial consent to IEP and attempts to get ESY; | 0.1 | 37.50 |
| 6/25/2018 | Prepare letter to PTBOE counsel re ESY and partial consent of IEP and demand for response; | 0.4 | 150.00 |
| 6/27/2018 | Receive and review email from client re J.G. readmitted into ESY program; | 0.1 | 37.50 |
| 6/27/2018 | Email to client acknowledging J.G.'s admission to ESY following legal demand and comment re same; | 0.1 | 0.00 |
| 6/28/2018 | Prepare Request for Production of Documents to PTBOE; prepare cover letter re discovery; email serve to counsel re same; | 0.8 | 300.00 |
| 6/28/2018 | Receive and review email from client attaching letter sent by PTBOE re ESY dated 6/13 but not provided to client until 6/28; | 0.2 | 75.00 |
| 6/28/2018 | Email to client with legal advice on tactics and retaliation by PTBOE for asserting rights; | 0.1 | 37.50 |
| 6/28/2018 | Prepare for and participate in conference call with ALJ Crowley re Motion to Strike and discovery; | 0.5 | 187.50 |

| | **Total** | **$3,225.00** |
|--|-----------|---------------|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2018 | 1691 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 8/4/2018 |

| Service Date | Description | Time | Amount |
|---|---|---|---|
| 7/2/2018 | Receive and review email from PTBOE counsel attaching discovery requests; | 0.5 | 187.50 |
| 7/2/2018 | Receive and review email from PTBOE counsel re withdrawal of one affirmative defense; | 0.2 | 75.00 |
| 7/6/2018 | Email to client re discovery requests by PTBOE and legal advice re same; | 0.1 | 37.50 |
| 7/6/2018 | Receive and review multiple emails from client attaching documents to produce in response to PTBOE discovery requests and seeking legal advice re discovery; | 0.2 | 75.00 |
| 7/9/2018 | Email to client with legal advice re discovery responses to PTBOE; | 0.4 | 150.00 |
| 7/9/2018 | Prepare documents for production; prepare letter to PTBOE counsel with responses to discovery requests; email and mail same as service copies; | 0.8 | 300.00 |
| 7/10/2018 | Receive and review email from client seeking legal advice re documents to produce and upcoming private eval; | 0.2 | 75.00 |
| 7/10/2018 | Email to client with legal advice re discovery responses; | 0.1 | 37.50 |
| 7/12/2018 | Exchange of emails with OAL re status conference for 7/16 on ALJ Crowley's Order on Motion to Strike; | 0.3 | 112.50 |
| 7/12/2018 | Receive and review email from OAL attaching Order denying motion to strike without prejudice and setting 8/10 as deadline to refile; | 0.8 | 300.00 |
| 7/16/2018 | Prepare letter to PTBOE counsel re discovery dispute and failure to timely respond to discovery and meet and confer on issue; email same; | 0.3 | 112.50 |
| 7/16/2018 | Receive and review email from client re classroom observation during ESY and seeking legal advice re same; | 0.1 | 37.50 |
| 7/16/2018 | Prepare for and participate in conference call with ALJ Crowley re Order on motion to strike and status; | 0.4 | 150.00 |
| 7/16/2018 | Prepare letter to ALJ Crowley re extending time to file amended motion to strike affirmative defenses until after 8/15 status call re same; fax and email same; | 0.2 | 75.00 |

| | **Total** |
|---|---|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2018 | 1691 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 8/4/2018 |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 7/16/2018 | Legal research on statute of limitations in IDEA cases, laches, estoppel, unclean hands, and detrimental reliance; prepare letter to PTBOE counsel re affirmative defenses, law on same, and demands to either withdraw defenses or provide support for same; email to counsel; | 1.3 | 487.50 |
| 7/16/2018 | Receive and review emails from PTBOE counsel attaching documents produced pursuant to discovery request; | 2.2 | 825.00 |
| 7/17/2018 | Receive and review email from OAL re scheduling conflict for 8/15 status conference; | 0.1 | 37.50 |
| 7/18/2018 | Email to OAL acknowledging change in schedule for 8/15 status conference; docket same; | 0.1 | 37.50 |
| 7/23/2018 | Draft proposed settlement agreement; review case documents and evals re same; email to client for review and authority; | 1.3 | 487.50 |
| 7/23/2018 | Receive and review email from client authorizing transmittal of proposed settlement agreement / demand to PTBOE counsel; | 0.1 | 37.50 |
| 7/23/2018 | Email to PTBOE counsel attaching proposed settlement agreement and ensuring confidentiality under rules of evidence; | 0.2 | 75.00 |
| 7/9/2018 | Discovery responses to PTBOE counsel | | 1.42 |

| | **Total** | $3,713.92 |
|---|-----------|-----------|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/8/2018 | 1712 |

**Bill To**

Catherine Gresko
1 North Whites Bogs Road
Browns Mills, NJ 08015

| Due Date |
|----------|
| 9/8/2018 |

| Service Date | Description | Time | Amount |
|---|---|---|---|
| 8/4/2018 | Receive and review CHOP IEE for AAC from client via mail; analyze for legal issues; | 0.5 | 200.00 |
| 8/5/2018 | Email exchanges with client seeking legal advice re PTBOE's response to settlement demand; | 0.2 | 80.00 |
| 8/6/2018 | Prepare supplemental hearing documents for production; email to PTBOE counsel re same; | 0.3 | 120.00 |
| 8/6/2018 | Email to PTBOE counsel re no response to settlement demand; | 0.1 | 40.00 |
| 8/6/2018 | Email exchange with client re settlement offer from PTBOE; | 0.2 | 80.00 |
| 8/6/2018 | Receive and review email from PTBOE counsel with settlement offer details; legal analysis and email to client with legal advice re same; | 0.3 | 120.00 |
| 8/6/2018 | Multiple emails from PTBOE counsel complaining about piecemeal document production and request for single 5 day exchange; | 0.2 | 80.00 |
| 8/15/2018 | Prepare for and participate in conference with ALJ Crowley re trial dates; | 0.3 | 120.00 |
| 8/15/2018 | Receive and review email from client inquiring about status conference with judge; | 0.1 | 40.00 |
| 8/15/2018 | Email to ALJ Crowley's clerk re status conference and requesting in person meeting; | 0.1 | 40.00 |
| 8/15/2018 | Receive and review email from ALJ Crowley's assistant re in person conference; | 0.1 | 40.00 |
| 8/16/2018 | Email to client re status conference with judge and settlement and scheduling time to provide legal advice re same; | 0.1 | 40.00 |
| 8/16/2018 | Prepare letter to ALJ Crowley confirming discussion on affirmative defenses in chambers on 8/15; email and fax same; | 0.3 | 120.00 |
| 8/16/2018 | Telephone call with client re legal advice and settlement discussions; | 0.5 | 200.00 |
| 8/16/2018 | Amend and supplement draft proposed Settlement Agreement; prepare cover letter to GCPS counsel re proposed settlement and modified terms; email same; | 0.8 | 320.00 |
| 8/22/2018 | Receive and review letter via email from PTBOE counsel to ALJ Crowley re affirmative defenses; | 0.2 | 80.00 |
| 8/28/2018 | Prepare letter to ALJ Crowley re converting 9/17 hearing date to a settlement conference and status of case; | 0.3 | 120.00 |

**Total**



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/8/2018 | 1712 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 9/8/2018 |

| Service Date | Description | Time | Amount |
|---|---|---|---|
| 8/29/2018 | Email exchange with client re PTBOE's settlement counteroffer and legal advice re same; | 0.2 | 80.00 |
| 8/29/2018 | Receive and review email from PTBOE counsel re settlement counteroffer; | 0.3 | 120.00 |
| 8/30/2018 | Receive and review email from client re settlement discussions and seeking legal advice re same; | 0.1 | 40.00 |

| | Total | $2,080.00 |
|---|---|---|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/3/2018 | 1731 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 10/3/2018 |

| Service Date | Description | Time | Amount |
|---|---|---|---|
| 9/5/2018 | Email to PTBOE counsel re settlement conference with judge; | 0.1 | 40.00 |
| 9/5/2018 | Email exchange with PTBOE counsel re settlement offer; | 0.1 | 40.00 |
| 9/6/2018 | Email to client with legal advice re settlement posture and conference; | 0.1 | 40.00 |
| 9/6/2018 | Prepare email to ALJ Crowley re status of request to adjourn hearing and hold settlement conference on 9/17 and related matters including 5 day exchange; | 0.2 | 80.00 |
| 9/6/2018 | Email exchange with client re documents to prove case and increase in speech therapy and legal advice re same; | 0.1 | 40.00 |
| 9/6/2018 | Email exchange with ALJ Crowley's office re consent to change 9/17 hearing date to settlement conference; | 0.2 | 80.00 |
| 9/7/2018 | Receive and review email from ALJ Crowley re conversion of hearing date 9/17 to settlement conference; | 0.1 | 40.00 |
| 9/8/2018 | Email to ALJ Crowley seeking clarification on 9/18, 9/19 and 9/24 hearing dates and 5 day exchange obligation; | 0.1 | 40.00 |
| 9/8/2018 | Email to client re mandatory settlement conference on 9/17 and legal advice re same; | 0.1 | 40.00 |
| 9/10/2018 | Receive and review email from OAL that only change is conversion of 9/17 date to settlement conference and no other changes, including 5 day exchange, are made; | 0.1 | 40.00 |
| 9/11/2018 | Receive and review email from PTBOE counsel refusing to cooperate on joint exhibits; | 0.1 | 40.00 |
| 9/11/2018 | Prepare for hearing; review exhibits and witness list for 5 day exchange; email draft proposed joint exhibit list to PTBOE counsel re same; | 4.7 | 1,880.00 |
| 9/11/2018 | Email to PTBOE counsel re failure to cooperate on joint exhibits and request for availability of PTBOE employee as witness; | 0.1 | 40.00 |
| 9/11/2018 | Prepare acknowledgement receipt form for 5 day exchange; email executed copy to PTBOE counsel; | 0.2 | 80.00 |
| 9/12/2018 | Receive and review email from PTBOE counsel re witness Fontanilla; | 0.1 | 40.00 |
| 9/17/2018 | Prepare for, travel to, and participate in settlement conference with ALJ Crowley; reach settlement agreement and place on record; return to office; | 4.2 | 1,680.00 |

| | **Total** |
|---|---|
| | |



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/3/2018 | 1731 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 10/3/2018 |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 9/17/2018 | Prepare draft proposed Consent Order and Settlement Agreement in accordance with hearing of today's date; email to ALJ Crowley and PTBOE counsel; | 0.5 | 200.00 |
| 9/20/2018 | Amend and supplement draft Complaint - Fee Petition for federal court to seek attorney's fees and costs; | 3.8 | 1,520.00 |
| 9/20/2018 | Legal research on attorney's fees in IDEA cases and 'fees on fees' cases from various jurisdictions; | 2.8 | 1,120.00 |
| 9/20/2018 | Receive and review email from client seeking legal advice re settlement terms; | 0.1 | 40.00 |
| 9/20/2018 | Legal research on attorney fee petitions, support for attorney's fees and prevailing parties, and fees on fees (fees for fee petitions); | 1.4 | 560.00 |
| 9/20/2018 | Email to client re PTBOE's counsel's proposed changes to settlement agreement and legal advice re same; | 0.2 | 80.00 |
| 9/20/2018 | Prepare letter to ALJ Crowley re PTBOE's counsel's intentional obstruction of settlement and attorney's fees and seeking intervention to resolve dispute; | 0.4 | 160.00 |
| 9/20/2018 | Emails to PTBOE counsel re dispute over language in settlement agreement and Beck's attempt to obstruct settlement and attorney's fees counter to the record; | 0.2 | 80.00 |
| 9/20/2018 | Receive and review email from PTBOE counsel attaching proposed changes to settlement agreement; | 0.5 | 200.00 |
| 9/21/2018 | Research and order transcript for 9/17/18 hearing on settlement to confirm terms in preparation for a motion to enter judgment; | 0.2 | 80.00 |
| 9/24/2018 | Receive and review Final Decision Approving Settlement from ALJ Crowley; email to client with legal advice re same and about fee petition; | 0.3 | 120.00 |
| 9/25/2018 | Email exchanges with ALJ Crowley's office and PTBOE counsel re Final Decision; | 0.1 | 40.00 |
| 9/25/2018 | Begin draft of federal Complaint-Fee Petition and Declaration of RCT in support of attorney's fees and costs; | 2.4 | 960.00 |
| 9/26/2018 | Appear before Judge Crowley re dispute over language in Settlement Agreement; | 0.3 | 120.00 |

| | **Total** |
|--|-----------|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/3/2018 | 1731 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 10/3/2018 |

| Service Date | Description | Time | Amount |
|---|---|---|---|
| 9/26/2018 | Receive and review email from client re status of changes to services and forwarding email from PTBOE that services are not in place as yet; | 0.1 | 40.00 |
| 9/27/2018 | Amend and supplement proposed Settlement Agreement in accordance with Judge Crowley's suggestions on the record; email to PTBOE counsel for review and suggested method to change 9/18/18 Order; | 0.4 | 160.00 |
| 9/27/2018 | Email to PTBOE counsel re implementation of services immediately and not contingent on settlement agreement language; | 0.2 | 80.00 |
| 9/27/2018 | Email to client re legal advice re implementation of services; | 0.1 | 40.00 |
| 9/12/2018 | Witness fee - Fontanilla | | 10.00 |
| 9/13/2018 | Postage - Priority mail subpoena to Fontanilla | | 6.70 |
| 9/20/2018 | Postage | | 2.42 |
| 9/21/2018 | Deposit - transcript from 9/17/18 settlement conference | | 300.00 |
| | Total Reimbursable Expenses | | 319.12 |

| | **Total** | **$10,159.12** |
|---|---|---|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2018 | 1754 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 11/8/2018 |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 10/1/2018 | Numerous email exchanges with PTBOE counsel and client re finalizing settlement agreement and signatures; | 0.4 | 160.00 |
| 10/1/2018 | Receive and review email from PTBOE counsel re additional changes to settlement agreement; | 0.1 | 40.00 |
| 10/1/2018 | Multiple email exchanges with PTBOE counsel re compliance with settlement agreement and Judge Crowley's order on services and immediate implementation; | 0.2 | 80.00 |
| 10/1/2018 | Prepare letter to Judge Crowley re problems with completing settlement agreement and implementation of services as per 9/17/18 order on record and requesting conference call to resolve same; serve via fax and email; | 0.2 | 80.00 |
| 10/2/2018 | Email exchanges with Judge Crowley's chambers and PTBOE counsel re status conference call on settlement issues; | 0.2 | 80.00 |
| 10/3/2018 | Multiple emails exchanged with Judge Crowley and PTBOE counsel re status conference call on settlement agreement; | 0.1 | 40.00 |
| 10/4/2018 | Prepare for and participate in status conference call with Judge Crowley to finalize and close administrative file; | 0.3 | 120.00 |
| 10/9/2018 | Prepare letter to Judge Crowley enclosing original signed settlement agreement and email to PTBOE counsel asking why I am not in receipt of PTBOE's signed agreement; | 0.2 | 80.00 |
| 11/2/2018 | Prepare letter to Judge Crowley re final Order on settlement and status; email and fax same; | 0.3 | 120.00 |
| 9/27/2018 | Refund of balance of transcript deposit | | -228.80 |
| 10/11/2018 | Postage to OAL Trenton with signed agreement | | 1.42 |
| | Total Reimbursable Expenses | | -227.38 |

| | **Total** | **$572.62** |
|--|-----------|-------------|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/15/2018 | 1772 |

| Bill To |
|---------|
| Catherine Gresko<br>1 North Whites Bogs Road<br>Browns Mills, NJ 08015 |

| Due Date |
|----------|
| 12/15/2018 |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 11/7/2018 | Email exchange with Judge Crowley's office and PTBOE counsel re need for final Order; | 0.1 | 40.00 |
| 11/26/2018 | Prepare lengthy letter to ALJ James-Beavers and OSEP Director McDonald re need for Final Order and to close case, with details of settlement and delays in Order; fax and email same; | 0.4 | 160.00 |
| 11/27/2018 | Receive and review email from Judge Crowley attaching Final Order; email copy of Order to client with legal advice re same; | 0.2 | 80.00 |
| 11/26/2018 | Postage of letter and encls to ALJ James-Beavers | | 2.47 |
| 11/26/2018 | Postage of letter and encls to OSEP Director McDonald | | 2.47 |
| | Total Reimbursable Expenses | | 4.94 |

| | **Total** | **$284.94** |
|--|-----------|-------------|