IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CATHERINE GRESKO and JOSEPH GRESKO, individually and on behalf of their minor child J.G.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PEMBERTON TOWNSHIP BOARD OF EDUCATION,<br><br>        Defendant. | Civil No. 19-638-NLH-KMW |

**SCHEDULING ORDER**

      This Scheduling Order confirms the directives given to counsel at the initial scheduling conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **April 5, 2019**; and the Court noting the following appearances: **Robert C. Thurston, Esquire**, appearing on behalf of the **plaintiffs**; and **Victoria S. Beck, Esquire**, appearing on behalf of the **defendant**; and for good cause shown:

      IT IS this **5th** day of **April, 2019,** hereby **ORDERED**:

      1.  Initial written discovery requests shall be served by **April 22, 2019.**

      2.  Pretrial factual discovery will expire on **June 19, 2019.** All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

      3.  **Discovery Applications**. All discovery applications pursuant to L. Civ. R. 37.1(a)(1) shall include an Affidavit or Certification that includes the information identified in L. Civ. R. 37.1(b)(1). Absent exigent circumstances, the Court expects parties to "meet and confer" in person or via telephone before

making a discovery application, rather than just exchanging letters or e-mails.

       4. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **July 26, 2019**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. CIV. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

       5. The Court will conduct a telephone status conference on **June 28, 2019 at 10:00 a.m.**  Counsel for plaintiffs shall initiate the telephone call.

       6. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

       **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                           s/ Karen M. Williams
                                           KAREN M. WILLIAMS
                                           United States Magistrate Judge

cc:  Hon. Noel L. Hillman