**PARKER McCAY**

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

Victoria S. Beck, Esquire
P: 856-810-5840
F: 856-810-5852
vbeck@parkermccay.com

May 29, 2019

**Via Electronic Filing**
Honorable Karen M. Williams
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> Re: **Gresko, et al. v. Pemberton Township Board of Education**
> **Docket No.: 1:19-cv-00638-NLH-KMW**

Dear Judge Williams:

This firm is counsel to the Pemberton Township Board of Education in the above-referenced matter (hereinafter "District"). Your Honor entered a Scheduling Order on April 5, 2019 setting forth the following dates: telephone status conference set for 6/28/19; pretrial factual discovery due by 6/19/19; dispositive motions due by 7/26/19. The parties have exchange discovery and requests for more specific answers. Plaintiff's counsel has refused to provide several documents to which the District believes it is entitled and are necessary in order to fully and properly litigate this matter.

Therefore, the District respectfully requests that Your Honor enter an Amended Scheduling Order granting a 60-day extension of the date on which discovery is due as well as the date on which dispositive motions are due, and convert the telephone status conference set for 6/28/19 to an in-person conference to discuss these discovery issues in the hopes that they may be resolved without having to resort to motion practice.

I requested the consent of my adversary for this request, and he denied same, stating "Stop your childish demand for instantaneous response and attention. It is not professional or how a member of the bar should act. The answer to your request for extensions of time and to alter Judge Williams' Order is that my client does not consent to unnecessarily delay or increase the costs of this case." Please see the email exchange between myself and Mr. Thurston attached hereto for reference.

**PARKER McCAY**

    Should Your Honor wish to discuss this matter, we are available for a conference call at the Court's convenience.

Respectfully submitted,

*s/ Victoria S. Beck*

VICTORIA S. BECK

VSB/sc
Cc:    Robert C. Thurston, Esquire (via electronic filing)

**Victoria Beck**

| | |
|---|---|
| **From:** | Robert C. Thurston, Esq. @SKL <rthurston@schoolkidslawyer.com> |
| **Sent:** | Wednesday, May 29, 2019 12:16 PM |
| **To:** | Victoria Beck |
| **Cc:** | 'cgresko90' |
| **Subject:** | RE: J.G. v. Pemberton |

Ms. Beck:

Your first email was sent on Tuesday, May 28, 2019 at 1:36 pm. Your "2nd attempt" email was sent on Wednesday, May 29, 2019 at 10:58 am. (As documented below.) That is exactly 21 hours and 22 minutes apart (most of which was non-business hours and overnight). Stop your childish demand for instantaneous response and attention. It is not professional or how a member of the bar should act.

The answer to your requests for extensions of time and to alter Judge Williams' Order is that my client does not consent to unnecessarily delay or increase the costs of this case.

You are deemed advised.


Robert C. Thurston, Esq.
~ The SchoolKidsLawyer ~
http://schoolkidslawyer.com
856-335-LAW1 (5291)

All prior confidential notices apply hereto.


**From:** Victoria Beck <vbeck@parkermccay.com>
**Sent:** Wednesday, May 29, 2019 10:58 AM
**To:** rthurston@schoolkidslawyer.com
**Cc:** Samantha Constantine <sconstantine@parkermccay.com>
**Subject:** RE: J.G. v. Pemberton

Mr. Thurston,

2nd attempt - Do you consent to a 60-day extension of the discovery end date and filing dates for dispositive motions in the above-referenced case? Also, do you consent to converting the June 28th conference call with Judge Williams to an in-person conference?

Please advise.

Victoria Beck


**Victoria S. Beck, Esquire**
*Associate*
**School Law**

**PARKER McCAY P.A.**
P: 856-810-5840

1

C: 609-408-7647
F: 856-810-5852
vbeck@parkermccay.com
www.parkermccay.com

**From:** Victoria Beck
**Sent:** Tuesday, May 28, 2019 1:36 PM
**To:** rthurston@schoolkidslawyer.com
**Cc:** Samantha Constantine <sconstantine@parkermccay.com>
**Subject:** J.G. v. Pemberton

Mr. Thurston,

Do you consent to a 60-day extension of the discovery end date and filing dates for dispositive motions in the above-referenced case?  Also, do you consent to converting the June 28th conference call with Judge Williams to an in-person conference?

Please advise.

Victoria Beck

**Victoria S. Beck, Esquire**
*Associate*
**School Law**

 PARKER McCAY

P: 856-810-5840
C: 609-408-7647
vbeck@parkermccay.com

9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
P: 856-596-8900   F: 856-810-5852
www.parkermccay.com

This e-mail message from the law firm of Parker McCay P.A. is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.